THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Teresa Lynn Manley,       
Appellant.
 
 
 

Appeal From Dorchester County
Diane Schafer Goodstein, Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-383
Submitted March 26, 2003 - Filed June 
 4, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia; SolicitiorWalter M. Bailey, Jr., of Summerville; for Respondent.
 
 
 

PER CURIAM: Teresa Lynn Manley was indicted 
 by the Dorchester County Grand Jury for assault and battery of a high and aggravated 
 nature and forgery of less than $5000.  She pled guilty to both charges.  Manley 
 was sentenced to six years imprisonment for assault and battery of a high and 
 aggravated nature, suspended upon service of four years imprisonment and two 
 years probation.  She was sentenced to four years imprisonment for forgery of 
 less than $5000.  The sentences were to run concurrently.  Additionally, Manley 
 was ordered to pay restitution on both charges.  Manley appeals, arguing that 
 her guilty plea failed to comply with the mandates set forth in Boykin v. 
 Alabama, 395 U.S. 238 (1969).
Counsel for Manley has filed a final brief and 
 submitted a petition to be relieved as counsel.[1]  After a thorough review 
 of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and 
 State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the 
 appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED.
CURETON, ANDERSON, and HUFF, JJ., concur.

 
 [1]  
 We decide this case without oral argument pursuant to Rule 215, SCACR.